■ YVONNE HANDEL, Appellant, v DENNIS P. HANDEL, Respondent. (Appeal No. 2.) [938 NYS2d 487]

Same memorandum as in *Handel v Handel* (92 AD3d 1285 [2012]). Present—Centra, J.P., Fahey, Peradotto, Carni and Martoche, JJ.